# UNITED STATES DISTRICT COURT
### for the
#### Southern District of Texas

United States Courts
Southern District of Texas
FILED
April 08, 2025
Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jorge Leonardo Aguilera Bustillo aka Jorge Leona Aguilera Bustillo | ) ) ) ) ) | Case No.  4:25-mj-212 |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 06, 2025__ in the county of __Harris__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326 (a) and (b) | a native and citizen of Honduras and an alien who had been previously deported from the United States, after having been convicted of a crime defined as a felony, was found unlawfully in the United States at Houston, Texas, the said defendant having not obtained the consent before March 2003 from the the Attorney General of the United States to reapply for admission to the United States; and without having obtained corresponding consent after February 2003 from the Secretary of Homeland Security pursuant to 6 U.S.C. §§ 202(3) and (4) and U.S.C. § 557, |

This criminal complaint is based on these facts:

See Attached Affidavit in support of the Criminal Complaint

☐ Continued on the attached sheet.

*Complainant's signature*

Terry Matthias, ICE Deportation Officer
*Printed name and title*

Sworn to me telephonically.

Date: 04/08/2025

*Judge's signature*

City and state: Houston, Texas   Christina A. Bryan, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Terry Matthias, being duly sworn by telephone, hereby depose and say:

(1) I am a Deportation Officer with the United States Immigration and Customs Enforcement ("ICE") and have served in that capacity since June 24, 2007. Prior to this assignment, I have held the following positions: Customs and Border Protection Officer and Immigration Enforcement Agent. My law enforcement career began July 2006, as a Customs and Border Protection Officer. I have over 18 years of immigration law enforcement experience.

(2) On April, 07, 2025, at approximately 2237 hrs., Jorge Leonardo Aguilera Bustillo was detained by ICE. The defendant also goes by the alias of Jorge Leona Aguilera Bustillo.

(3) The Defendant's fingerprints have been taken and electronically submitted to various law enforcement databases. According to the Integrated Automated Fingerprint Identification System (IAFIS), the Defendant is the same individual as the person referred to in this Affidavit as having been previously convicted and deported.

(4) Based upon the information from ICE's records as described below, and my training and experience, I submit that there is probable cause to believe that the Defendant is in violation of 8 U.S.C. § 1326(a) and (b).

(5) <u>Element One</u>: The Defendant is a citizen and national of Honduras and not a native, citizen or national of the United States.

(6) <u>Element Two</u>: The Defendant has previously been deported or removed from the United States on the following occasion(s):
    a. 10/31/2022.
    b. 09/16/2020.

(7) <u>Element Three</u>: After deportation, the Defendant was subsequently found in the United States on April 06, 2025, in Harris County, Texas, which is within the Houston Division Southern District of Texas. Additionally, I consulted with ICE's Law Enforcement Support Center ("LESC") to determine whether, in the past five years and after the Defendant's last deportation, the Defendant had been encountered by law enforcement prior to the date specified earlier in this paragraph. On April 08, 2025, LESC advised me that it had no record of such an encounter.

(8) <u>Element Four</u>: The Defendant did not have permission to reenter the United States. On April 07, 2025, I reviewed the contents of the Alien File associated with this Defendant and/or available database information. I found no indication that the Defendant has ever received permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, to apply for admission to the United States following deportation from the United States. I have requested certification of this fact from the Records Branch of the Immigration Service.

(9) <u>Prior Criminal History / Gang Affiliation</u>. The Defendant has the following prior criminal history and/or gang affiliation:

a. On April 06, 2025, the Defendant, using the name of Jorge Leonardo Aguilera Bustillo was charged in the Criminal Court at Law No. 8, Harris County, TX for DRIVING WHILE INTOXICATED and was released on bond pending court. Cause No: 255887201010.

b. On August 10, 2022, the Defendant, using the name of Jorge Leonardo Aguilera Bustillo was convicted in the 230th District Court, Harris County, TX for ATT. DEADLY CONDUCT and was sentenced to 1 year confinement. Cause No: 168120001010.

c. On June 30, 2021, the Defendant, using the name of Jorge Leona Aguilera Bustillo was convicted in the 230th District Court of Harris County, TX for the offense of JUDGEMENT OF FORFEITURE and was sentenced to the surety on the bond, the sum of $2000.00 plus costs of court. SCIRE FACIAS No. 16812000101A.

_____
Terry Matthias, Deportation Officer
United States Department of Homeland Security
U.S. Immigration & Customs Enforcement

Signed and sworn telephonically before me this 8th day of April 2025, and I find probable cause.

_____
Hon. Christina A. Bryan
United States Magistrate Judge
Southern District of Texas